## CHARLES BARRETT v. STATE.

No. A-9116.   Oct. 30, 1936.
(62 Pac. [2d] 101.)

L. P. Melone and Melone, Porter, Melone & Melone, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of the unlawful possession of intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a term of 30 days and a fine of $50, and appeals.

The petition in error and case-made was filed in this court on April 15, 1936. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the judgment.

The case is therefore affirmed.